# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-12 | 9637933 | R. POSTLETHWAITE MA2 | 6927 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/12/2021 | 18 US. CODE 1382 |

Place of Offense:
NAVAL BASE POINT LOMA ENCLAVE

Offense Description: Factual Basis for Charge    HAZMAT ☐
TRESPASSING ON NAVAL PROPERTY
SWIMMING RESTRICTED AREA.

### DEFENDANT INFORMATION
Phone: (619) 307-9247

| Last Name | First Name | M.I. |
|---|---|---|
| WEST | MARK | B |

Street Address: [redacted]

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 7GMJ697 | CA | 2018 | CHEVY VOLT | GRY |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 W. BROADWAY, SAN DIEGO, CA, 92101

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9637933*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on DECEMBER 12, 20 21 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

THROUGH THE OBSERVATION OF ANOTHER OFFICER
MA2 BUCK - CHIEF OF THE GUARD HE WITNESSED 2 DIVERS ENTERING THE RESTRICTED AREA OF NAVAL BASE POINT LOMA.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/12/2021
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident